STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Davita Smith
In Proper Person
237-A Buford Drive
Raceland LA 70394

**REHEARING ACTION: July 19, 2017**

**Docket Number: 16   00727-WCA**

**ACADEMY, LTD
VERSUS
DAVITA SMITH**

**Appealed from Office of Workers' Compensation - # 4 Case No. 10-03420**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux
Hon. John D. Saunders
Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Davita Smith** has this day been

**DENIED.**

cc: Bryan David Scofield, Counsel for the Appellee